## Imogene A. Wick, Appellee, v. Martin M. Wick, Appellant.

### Term No. 50M20.

Heard in this court at the May term, 1950. C. C. Dreman, for appellant; Jesse R. Brown, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full. Opinion filed September 20, 1950; released for publication October 20, 1950.